UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Kevin Kendell Boone,

       Plaintiff,

v.

Heidi E. Washington et al.,

       Defendants.
_____/

Case No. 1:20-cv-556

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Davids, Demps, Novak, Yuhas, Maranka, and Bledsoe is **DISMISSED WITHOUT PREJUDICE** under Rule 21 of the Federal Rules of Civil Procedure, because the claims against them are not properly joined in this action.

**IT IS FURTHER ORDERED** that Plaintiff's action against Defendant Washington is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  September 10, 2020           /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge